# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **JOSEPH T. BAILEY,** | CASE NO. 2:08-cv-839 |
| | **JUDGE HOLSCHUH** |
| Petitioner, | **MAGISTRATE JUDGE KEMP** |
| v. | |
| **MICHELE EBERLIN, Warden,** | |
| Respondent. | |

## OPINION AND ORDER

On June 4, 2009, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254 be dismissed. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED.**

**IT IS SO ORDERED**.

Date: August 11, 2009
/s/ **John D. Holschuh**
JOHN D. HOLSCHUH
United States District Judge